*Friday, January 26, 1996*
## MOTION DOCKET

94–966. Disciplinary Counsel v. Spencer. This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Scott Spencer.

The court coming now to consider its order of December 23, 1994, suspending respondent, Scott Spencer, Attorney Registration No. 0019945, last known address in Columbus, Ohio, from the practice of law in Ohio for one year, pursuant to Gov.Bar R. V(6)(B)(3) finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A). Therefore,

IT IS ORDERED by the court that Scott Spencer be, and hereby is, reinstated to the practice of law in the state of Ohio, effective January 25, 1996.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

For earlier case, see *Disciplinary Counsel v. Spencer* (1994), 71 Ohio St.3d 316, 643 N.E.2d 1086.

95–2405. State v. McKinzie. *Butler County,* No. CA90–12–235. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. Upon consideration of appellant's motion to stay proceedings,

IT IS ORDERED by the court that the motion to stay proceedings be, and hereby is, granted for a period not to exceed thirty days from the date of this entry, effective January 25, 1996.

96–136. In re Election of November 7, 1995 for the Office of Member of Rock Hill Local School Dist. Bd. of Edn. *Lawrence County.* Common Pleas Court, No. 95OC873. This cause is pending before the court as an appeal of an election contest pursuant to R.C. 3515.15 from the Court of Common Pleas of Lawrence County.

IT IS ORDERED by the court, *sua sponte,* effective January 25, 1996, that the parties shall file briefs on the merits in accordance with S.Ct.Prac.R. VI and supplement(s) to the briefs in accordance with S.Ct.Prac.R. VII. The appellant's brief and supplement to the briefs shall be due within forty days from the date the Clerk of the Supreme Court receives and files the record from the court of common pleas.

*Monday, January 29, 1996*
## DISCIPLINARY DOCKET

95–2602. Disciplinary Counsel v. Spriggs. On motion for order to show cause. Motion granted; David Nicholas Spriggs II of Columbus, Ohio, Attorney Registration No. 0061541, is indefinitely suspended from the practice of law pending notification by Disciplinary Counsel that respondent has appeared, given testimony, and produced all documents and things as commanded by the previously issued subpoena *duces tecum* and as requested by relator's previous letters of inquiry.

*Tuesday, January 30, 1996*
## MERIT DOCKET

96–60. Finley v. Montgomery. In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition. Upon consideration of respondents' motions to dismiss,

IT IS ORDERED by the court that the motions to dismiss be, and hereby are, granted, effective January 26, 1996.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.